12907 Cleopatra Dr Charlotte, NC 28213
828-216-5686

Dear Honorable Judge Rodriguez, I am writing this letter in reference to Ashtin Farley's detention hearing. My name is A'kira Mason, Mr. Farley's younger sister. I work at Novant Presbyterian Medical Center in Charlotte NC, which is where I live. I will be 21 years old in November and will be graduating cosmetology school at the end of this year. Ashtin and I have not always been close for my entire life but I have gotten the opportunity over the past years to get to know him and build a relationship with him and I can truly say he is an awesome brother. It is always nice to see him and have funny conversations with him. We don't get to see each other as much as I would like but that is just due to my busy schedule as I go to school full time and also work full time. Aside from that I do try my best to see my nephew (his son) Ocean as much as I can. Ashtin is a wonderful father to his son and takes very good care of him, you can definitely say that he has Ocean spoiled and I just love the relationship he has and is continuing to build with his son.

    I do believe that my brother has a very big heart and there is no doubt about it. He will protect the people he loves with his life and he loves very hard. Ashtin has helped people in his community numerous times and he protects the youth that he comes across. He also supports and invests in local businesses. He doesn't bother anyone and really just minds his business.

    Ashtin has a family to support and a son whose life he needs to be present in. I do believe he has made this mistake for the last time being that this has the potential to affect his son's life. If he is given one more chance I can guarantee he will stay away from situations like this for good. He has had jobs that he enjoys in the past and being that he now has a reliable source of transportation he will be able to hold one long term. His son is getting to the age where he NEEDS his father in his life permanently with no exceptions and I truly believe Ashtins knows this and will do everything in his power to be there in the best way possible.

- AKira Mason

Ashley Davis

19025 Carsen grace ct Charlotte NC 28273

7049656048


Dear Judge Susan Rodriguez,

    First, I just want to thank you for taking the time out to read my letter. I am writing you in regards to Mr. farley's detention hearing. My name is Ashley Davis, I am 30 years old and I'm a registered behavior therapist who resides in Charlotte, NC. Mr. Farley and I are long time friends who have known each other for years. We have both watched each other grow a long the years in a numerous amount of ways. Mr. Farley has always been there for me and my family if we ever needed him. He is a very loving, kind, giving, and thoughtful man. I know Mr. Farley is a good man because I have watched him take care of his mom and his whole family without any complaints. He is always there for his son and there is nothing more that he loves than his family. I've personally watched Mr. Farley bend over backwards for his family, and do remarkable things that a lot of people don't do.

    If given another chance I know that Mr. Farley will do everything he can to not get into any trouble and he will not take it for granted. I know that he will do what needs to be done because he wants to be apart of his sons life and he wants to be able to provide for his family. If granted bail Mr. Farley does have stable living arrangements and he will not be of any harm nor threat to anyone or the community. Me and his entire family are asking that you grant Mr. Farley bail until the case is concluded so he can spend this time with his family.

Sincerely, Ashley Davis

Kimberlie Williams
2819 Seymour Dr
Charlotte, NC 28208
980-214-9432

9/28/23

Magistrate Judge Susan C. Rodriguez

C/O Brook Antonio

Federal Public Defender of Western North Carolina

129 W. Trade St. Ste 300

Charlotte, NC 28202

To The Honorable Judge,

I Kimberlie Williams am writing this letter for Ashton Farley's detention hearing. I live in Charlotte, Nc. I'm a customer service remediation specialist for Wells Fargo and I'm 30 years old. I've known of Ashton Farley for many years. In our friendship he has always been there for me through my ups and downs.

I communicate with Ashton on the phone often. I also get to spend time with him while visiting family in my hometown. During holidays like Thanksgiving and Christmas also for the New Year celebrating. Also when he has visited me here in Charlotte with friends. During the time spent I've gotten to share moments of him being a father to his youngest son. As time has gone by, I've seen the growth in Ashton as a father and friend. The phone calls and facetimes with his son under his arm are sweet and enjoyable to endure.

Ashton is a family-oriented person he shows continuous support to both of his nephews at their football and basketball games. He's a very much humble, caring, stand-up guy. Anyone that knows him will tell you the same. Even in spite of his continuous court dates and court appearances he's always remained positive and did what was asked of him. I remember speaking with Ashton during the days of his required community service giving him words of encouragement to push through. With such motivation he completed all of his required programs.

Ashton Farley shows numerous qualities as a valuable person in our society. He's always willing to help when needed. Throughout the years of knowing Ashton Farley I believe he truly has the potential to make positive changes. I myself will continue to be a supportive friend and show Mr. Farley nothing less than what he's shown me in these years of our friendship.

I understand the seriousness of this matter however, I hope that the court will show some leniency. It is my sincere hope that the court takes this letter into consideration at this time. Despite the current case I still believe Ashton Farley to be a honorable individual, a valuable member of my community, and a good human being.

Kimberlie Williams
2819 Seymour Dr
Charlotte, NC 28208
980-214-9432
Sincerely,

*Kimberlie Williams*

Kimberlie Williams

To whom it may concern, I'm writing this letter on behalf of Ashton Farley. Ashton is my cousin but more like my brother. He's always there when I need him. Being a single mom, Ashton takes time out and helps me with my kids. Doing things such as attending games and other social activities. Things that my kid's absent parents should be doing. But not only does he do that for mine, he does it for any kid or person he comes in contact with. I've watched Ashton grow into a respectful young man, son, and, most of all, a father. He tends to have a big heart and a special effect on anyone he encounters. In his lifetime, he's made some bad decisions and choices, but that doesn't define who he is. I have a son who's lost his daddy to the streets. He will be 13 on Friday and has never once been able to meet his dad in person. It takes a big toll on his life and mine cause I can't provide the love and guidance a father should. Ashton is a great father to his boys, and I pray they never have to experience the pain and suffering my son has and is still going through from the lack of his father not being there. So I'm writing this letter in consideration for him and hoping that you'll see and think of him as the person he truly is. I can't imagine life without him being here to show and give us his family and, most of all, the support and love he gives to each and every one of us.

-Narissia Huff

Magistrate Judge Susan C. Rodriguez
c/o Brook Antonio
Federal Public Defender of Western North Carolina
129 W. Trade St. Ste 300
Charlotte, NC 28202

# A Letter Of Hope To Keep My Brother Near

## "Hear me out"

### To the honorable judge: Susan C. Rodriquez c/o Brook Antonio.

I'd like to introduce myself as Shaquada Farley, Ashtin's baby sister. I reside in Hickory, NC. I'm currently employed with Renee's Events and Treats in Winston-Salem, NC as an event planner. I reside in a home with my four children whom all four have their very own unique unbreakable bond with my brother. Ashtin is my eldest brother. We share the same mother so as you can probably imagine we're as close knit as possible. Ashtin and I grew up in a single parent home with our brother Devin Farley and our mother Anita Jackson. Growing up Ashtin was always my mothers most humblest child. His humbleness and kind heart was enough to win our mother over but without a doubt he deserved it. Being a female with hormones raging my

mother and I wouldn't always see eye to eye but listen I knew not to start no mess around him. He didn't play any of that. He is not going to disrespect our mother or anyone else for that matter and he's not going to watch you do it. He has always been my protecter and the type of person to give the shirt off of his back. As anyone who has done any sort of study on Ashtin may know we lost a brother in our teenage years. Our brother Devin was only 16. He was an victim of what was described as "involuntary manslaughter". A close friend of the family Monica Smith was what was described by eye witnesses playing with a firearm and discharged it inside the residence. It struck Devin in the neck hitting a main artery that instantly took his life. Losing Devin was a loss that we all took extremely hard. Ashtin and Devin always shared a bedroom together growing up and they spent a few years living with their father Rodney Farley so their bond hit a little different than ours. They were inseparable. When you saw Ashtin , you saw Devin. Watching Ashtin move on without Devin was so hard. All the good days play over and over in my head. Even the bad days when they would team up on me and I'd go crying to mama. I'm not saying losing Devin is the reason we're in this courtroom today but it plays one heck of a role and that's coming straight from my heart with being in his shoes sharing those same feelings and love for Devin and losing him in the blink of an eye and not receiving the justice we truly deserved after getting our hearts ripped out of our chest December 21st, four days before Christmas in 2005!

    Moving forward to 2008. I had my first child at the age of 17. I was young and had gotten myself into something I was not prepared for. My brother had a job working for my uncles cleaning service and purchased my babies first play pen and car seat with his very first check. He could've done anything with his money but he chose

to bless me. I was beyond thankful as me and my 17yr old partner had no money or job. He was there for me every single step of the way. Not only did he help me and my baby but he helped my child's father too. He would give him his clothes and shoes and ensure he didn't go without as well. We still lived with my mom so Ashtin would come home and see that I was worn out and make sure to take the baby off of my hands. I don't care what time it was he was coming in my room getting that baby as soon as he got home. He don't know until now how much that meant to me. Being a young mother those moments where you can just relax without having to worry about the baby are just unmatched. That baby is not so much of a baby anymore. He's my 14 yr old freshman attending Maiden High School playing junior varsity football that looks forward to his uncle attending those Thursday evening games. My son will be playing at his high school football game tonight and I'm sure if his uncle Ashtin is not in attendance that'll discourage him during his game. My son Chunk loves his uncle so so much. A second dad would be an understatement for sure. He looks up to Ashtin and knows Ashtin only wants what's best for him and he also knows Ashtin will protect him and help him in more ways than one when it comes to being a man. Despite of Ashtin having his own two sons, he still treats all four of my children as his own. When I can't, he can! Telling my kids that their uncle is on vacation right now has been by far the hardest thing I had to do thus far. I mean let's just be honest. My 9yr old and 14yr old knows the world we live in and they're heartbroken behind this. They're not wanting to go outside and play, they're not wanting to eat dinner with the family as we always do. They don't want to get on their game system and I mean what kid is turning down game time ? My kids are literally sick from Ashtin being away. These kids seen my brother almost every single day. If we went a few days without

seeing him they would make sure we got in contact with him and go see him or he would come see us.

Ever since Ashtin was taken into custody I make sure to go see his 2yr old son everyday. Ashtin has impacted this boys life in a major way. The kid loves his daddy for sure. When he sees him via video call his little face lights up so bright and he's looking around not understanding why his dad is surrounded by those cells in the background. It's truly heartbreaking and reuniting him with his dad would be something I'd do anything for right now.

Ashtin volunteers his help with the coaches of my 9yr old sons football team more than twice a month, every month. The kids love Coach Farley. Ashtin will surely keep up with helping the team when he's released as that has been something he has taken a strong liking in here lately. Ashtin also works on a food truck with the company "Whitney's". The man can cook like somebodies grandma. I've always loved that about him. He'd whip us up a meal so fast growing up. Mama cooked daily but bro made sure we ate in between times and some more lol.

In Spite of the criminal conduct my brother is allegedly being accused of Ashtin is a loving, kindhearted, caring, selfless , young man that has plenty of potential to step out here and handle his business as a man without going on a downhill spiral. You can't find a person who can truly say Ashtin has caused them any type of pain. Ashtin is not a violent person. Ashtin has a stable place to live in a healthy environment upon his release, and he's also less likely to be a flight risk and he has plenty of support behind him so giving him a reasonable bond and releasing him would not only be good for him to get his things in order for court but for his kids,

and our family to spend as much time as we can with him before anything is decided on his behalf.

To my brother. I need you home. We need you home. I've already lost Devin I can't lose you too. We're getting older, therefore mama is getting older and we already know we're on borrowed time. I pray for your strength and protection bro! Ashtin no matter what is decided today your little sister is with you every step of the way as I've always been.

Thank you to the court for listening. It is my sincere hope the court takes this letter into consideration during this time of Ashtin's detention hearing. Despite the current case, Ashtin is in fact an honorable individual, a valuable member of my family and overall a good human being.

In best regards,

Shaquada Farley

2262 9th Ave DR NE

Hickory,NC 28601